**Opinion issued October 24, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00037-CV

————————————

**IN THE GUARDIANSHIP OF JOSEPH CHARLES CORPORA, AN INCAPACITATED PERSON, Appellant**

---

**On Appeal from the Probate Court No. 1**
**Travis County, Texas**
**Trial Court Cause No. C-1-PB-22-001442**

---

## MEMORANDUM OPINION

We previously abated this appeal on March 14, 2024. Appellant has now filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.